## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

RITA F. GAINES                                                             PLAINTIFF

VS.                                                            CIVIL ACTION NO. 21-667

FAMILY DOLLAR STORES OF JACKSON, MISS, INC.,
JOHN DOE PERSON (S) 1-5 AND JOHN DOE COMPANY(IES) 1-5,
AND JOHN DOE ENTITY (IES) 1-5                          DEFENDANTS

## COMPLAINT
### (Trial by Jury Requested)

**COMES NOW** the Plaintiff, Rita F. Gaines, by and through her counsel and files this Complaint against the Defendant, Family Dollar Stores of Jackson, MISS, Inc., and in support thereof, would show unto this Honorable Court the following, to-wit:

### I. Parties

1. The Plaintiff, Rita Gaines, is an adult resident citizen of Hinds County, who resides at 1326 Marks Avenue, Jackson, MS 39213.

2. The Defendant, Family Dollar Stores of Jackson, Miss., Inc., is a business corporation licensed to do and doing business in Mississippi and has appointed The Prentice-Hall Corporation, Systems, Inc. as its registered agent who may be served with the process of this court at 7715 Old Canton Road, Suite C., Madison, Mississippi 39110.

3. John Doe(s) 1-5 are any unknown person why may have been responsible for or who have contributed to the negligence alleged herein. They will be added as Defendants hereto after their identities become known.

4. John Doe Company(ies) 1-5 are any unknown companies who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added ad Defendants when their identities become known.

5. John Doe Entity(ies) 1-5 are any unknown entities who may been responsible for or who may have contributed to the negligence alleged herein. They may be added ad Defendants when their identities become known.

## II. Jurisdiction and Venue

6. This court has jurisdiction over the subject matter, and over the parties, and it is the proper venue as the slip-and-fall accident occurred in Hinds County, Mississippi.

## III. Facts

7. That on or about November 14, 2018, the Plaintiff was exiting the Family Dollar store at 311 Briarwood Drive in Jackson, Hinds County, Mississippi. The Plaintiff, exercising due care for her own safety, stepped off the curb when her foot got caught in a banner laying on the ground that was partially tied to pole at the curb. The banner on the ground outside of the Family Dollar Store caused the Plaintiff to fall face forward onto the asphalt where she landed on her knees and right elbow. As a result of the banner being on the ground tripping the Plaintiff, the Plaintiff was injured.

8. The Defendant, Family Dollar Stores of Jackson, Inc., was the owner of the banner in the parking lot.

9. The Defendants has a non-delegable duty to inspect and maintain its property and ensure all areas of the property are in working order and free from dangerous conditions.

10. The Defendants had a duty to use reasonable care to keep the premises in a reasonably safe condition, and to warn persons, such as the Plaintiff, of dangerous conditions on the premises.

## IV. Negligence

11. The dangerous condition of the banner on the ground was caused by the negligence of the Defendant's employee (John Doe 1) failure to inspect the area and clean up any hazards on the property. 12. The Defendants failed to provide reasonable and adequate warning to the Plaintiff of a hazard, such as the banner, on the ground while present on the premises.

13. The Defendants failed to properly and adequately inspect and maintain the premises, such as the signage, in the manner and purpose it is intended to be used, by securing it properly to a pole.

14. The Defendants failed to provide a safe environment for the Plaintiff.

15. The Defendants negligent hiring, negligent supervision, and negligent retention are all direct causes against Family Dollar Store of Jackson (Company John Does 1-5 and Entity John Does 1-5) for its misconduct in failing to reasonably hire, supervise, or retain the employee. The Defendants negligence proximately cause the Plaintiff's injuries.

Accordingly, the Defendants breached each of the aforementioned duties, and was therefore negligent.

## V. Damages

16. That Plaintiff would further state that as a direct and proximate result of the hereinabove acts of negligence and breaches of legal duties owed to her by the Defendants, she has suffered damages including, but not limited to, the following:

   a) Past, present, and future physical pain and suffering;

   b) Hospital bills, doctor bills, prescription drug bills and other medical and medical-related expenses which have been incurred and which will continue to be incurred in the future;

c) Temporary physical impairment and disability; and

d) Loss of enjoyment of life;

e) Inconvenience and aggravation resulting in emotional and mental suffering past, present and future.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that a judgment of, from and against the Defendants in an amount to be determined by this Court and a Jury, which will fairly and adequately compensate Plaintiff for her injuries, damages, and losses past against the Defendants herein. Further, Plaintiff prays that the Court will award her interest as permitted by law, costs of this suit, expert witness fees, and for whatever and further relief as to this Court may deem just and proper.

RESPECTFULLY SUBMITTED this the 19 day of October, 2021.

RITA F. GAINES, Plaintiff

BY: C. C_____

C. COOPER MILES (MSB NO. 101945)

OF COUNSEL:
**SCHWARTZ & ASSOCIATES, P.A.**
162 East Amite Street (39201)
Post Office Box 3949
Jackson, Mississippi 39207-3949
Phone: 601-988-8888
Fax: 601-353-0217
CMILES@1CALL.ORG